Christopher D. Lonn, Esq., AZ State Bar No. 015166
**OWENS & PERKINS, P.C.**
7322 E. Thomas Road
Scottsdale, Arizona 85251
(480) 994-8824 / Fax (480) 941-2215
clonn@owensperkins.com

Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| RICHARD J. ADAMS, JR., <br><br> Plaintiff, <br><br> v. <br><br> SCOTTSDALE COLLECTION SERVICES, L.L.C., an Arizona limited liability company; MARLENE S. BARTLETT and JOHN DOE BARTLETT, husband and wife, <br><br> Defendants. | Case No.: <br><br><br> **NOTICE OF REMOVAL** |

Defendants, SCOTTSDALE COLLECTION SERVICES, L.L.C., an Arizona limited liability company, and MARLENE S. BARTLETT AND RICHARD BARTLETT, husband and wife, ("Defendants"), through counsel undersigned and pursuant to 28 U.S.C. §1446, hereby submit this Notice of Removal of this action from Maricopa County Superior Court, Case No. CV2005-050664, to the United States District Court, District of Arizona (Phoenix Division), and state as follows:

1. The Complaint herein was filed in Maricopa County Superior Court on or about May 10, 2005.

2. Defendant Scottsdale Collection Services, LLC was served on May 31, 2005.

3. Defendants Bartlett were served on June 20, 2005.

/ / /

4.      Counsel for Plaintiff has granted Defendants to and including August 10, 2005 to answer or otherwise respond to the pending complaint.

5.      The extension to answer or otherwise respond to the pending Complaint in Arizona Superior Court was due to a substitution of counsel from Attorney William Holder to undersigned counsel, Christopher D. Lonn of OWENS & PERKINS, P.C.

6.      The basis for removal of this action to United States District Court is the primary claim falls under 15 U.S.C. §1692, thereby implicating federal question jurisdiction (28 U.S.C. §1331). The remaining claims are removable under 28 U.S.C. §1367.

7.      A copy of the Complaint and Summons served upon Defendants is attached hereto as Exhibit "A."

**RESPECTFULLY SUBMITTED** this 9th day of August, 2005.

OWENS & PERKINS, P.C.

By:  /s/ Christopher D. Lonn
Christopher D. Lonn, Esq.
7322 E. Thomas Road
Scottsdale, Arizona 85251
(480) 994-8824
Attorney for Defendants

**ORIGINAL** of the foregoing filed electronically this 10th day of August, 2005, with:

CLERK OF THE COURT
U. S. District Court, District of Arizona

**COPY** of the foregoing delivered this 10th day of August, 2005, to:

The Honorable Anna M. Baca
SUPERIOR COURT JUDGE
101 West Jefferson, ECB 811
Phoenix, Arizona  85003

///

1 **COPY** of the foregoing mailed this
10th day of August, 2005, to:

2 George E. Griffeth, Esq.
GRIFFETH LAW OFFICES
3 8124 E. Cactus Road #410
Scottsdale, AZ   85260
4 Attorney for Plaintiff

5

6

7 _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -