# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| RICHARD J. ADAMS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTTSDALE COLLECTION SERVICES, L.L.C., an Arizona limited liability company; MARLENE S. BARTLETT and RICHARD BARLETT, husband and wife, <br><br> Defendants. | Case No.  CV05-02405-RCB <br><br> **ORDER OF DISMISSAL** <br><br> (Honorable Robert C. Broomfield) |

The parties in this matter have reached a settlement and this case is dismissed with prejudice.

**DONE IN OPEN COURT** this 13th day of October 2006.

_____
Robert C. Broomfield
Senior United States District Judge

-1-